IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KIMBERLY DOAK, on behalf of herself and others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>SMITH FOOD GROUP, INC. d/b/a BUFFALO'S CAFE,<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NUMBER 3:17-cv-43-TCB |

## O R D E R

This collective action comes before the Court on the parties' joint motion to approve the settlement agreement they have reached and to dismiss this lawsuit with prejudice [38]. By consent of the Parties hereto, and the Court having reviewed the settlement agreement and release ("Agreement") executed by the Parties, and being otherwise fully advised, it is therefore ordered and adjudged as follows:

1. The Court hereby approves the Agreement submitted by the Parties in this case;

2. This lawsuit is hereby dismissed with prejudice with the Parties to bear their own attorney's fees and costs (except as set forth in the Agreement);

3. Plaintiff's motion for leave to file amended complaint [19] is denied as moot; and

4. The Court retains jurisdiction to enforce the Parties' Agreement.

IT IS SO ORDERED this 30th day of August, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge